IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**SHAWN SKYLES**                                                             **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 4:05CV20LS**

**MATTIE COLLINS**                                                       **DEFENDANT**

## ORDER

This matter came before the court on the letter of January 30, 2006, from the Plaintiff, in which he requested that the court assist him in obtaining the video tape of the incident that is the basis of this case. The court will construe the letter as a Motion for Discovery, and, if such a tape exists, it should be provided to the Plaintiff and the court.

IT IS, THEREFORE, ORDERED that the Defendant report to the court by March 27, 2006, as to the existence of any video tape of the incident in question. If such a tape exists, the Plaintiff should be given an opportunity to view it as soon as possible, and the Defendant is directed to produce the tape at the trial of this matter.

IT IS SO ORDERED, this the 13th day of March, 2006.

                                                                   S/James C. Sumner
                                                  UNITED STATES MAGISTRATE JUDGE