IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SHAWN SKYLES                                                                                          PLAINTIFF

VS.                                                                                    CIVIL ACTION NO. 4:05V20 LN

MATTIE COLLINS                                                                                     DEFENDANT

## JUDGMENT

For the reasons given in the court's bench opinion rendered after a non-jury trial on May 4, 2006, IT IS THEREFORE ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

ORDERED AND ADJUDGED this the 5th day of May, 2006.


/S/ TOM S. LEE
UNITED STATES DISTRICT COURT